# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEYSTONE DISTRICT COUNCIL OF CARPENTERS PENSION FUND**, *et al.*, | : : : | **CIVIL ACTION NO. 1:06-CV-1146** |
| Plaintiffs | : : | (Judge Conner) |
| v. | : : | |
| **ANTHRACITE SKILLED TRADES** and **JOSEPH V. PIRO**, | : : | |
| Defendants | : | |

## ORDER

AND NOW, this 16th day of October, 2006, upon consideration of the motion for default judgment (Doc. 5), filed on September 26, 2006, and it appearing that a brief in support of the motion has not been filed as of the date of this order, see L.R. 7.5 ("Within ten (10) days after the filing of any motion filed prior to trial, the party filing the same shall file a brief in support of the motion."), it is hereby ORDERED that:

1. Defendant shall file, on or before October 30, 2006, a brief in support of the motion for default judgment (Doc. 5). See L.R. 7.5.

2. Failure to comply with this order shall result in the motion being deemed withdrawn. See L.R. 7.5.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge