IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEYSTONE DISTRICT COUNCIL OF CARPENTERS PENSION FUND, et al.,** : | CIVIL ACTION NO. 1:06-CV-1146 |
| : | (Judge Conner) |
| **Plaintiffs** : | |
| v. : | |
| : | |
| **ANTHRACITE SKILLED TRADES** : | |
| **and JOSEPH V. PIRO,** : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 21st day of November, 2006, upon consideration of plaintiffs' motion for default judgment (Doc. 5),[1] averring that defendants are indebted to plaintiffs in the amount of $114,703.19 (see Doc. 5), and of the order of court dated November 9, 2006 (Doc. 9), directing plaintiffs to file supplemental documentation providing calculations for the total amounts of penalties, interest, and liquidated damages owed, and it appearing that plaintiffs have provided such calculations for penalties and interest, but not for liquidated damages (see Doc. 10, Exs. D, E), and the court finding that interest is to be calculated at a rate of 1% per month (see Doc. 10, Ex. C at 12), but that plaintiffs have calculated interest at a rate of 10% per month (see Doc. 10, Exs. D, E), it is hereby ORDERED that:

1. On or before December 1, 2006, plaintiffs shall file supplemental documentation providing calculations for the total amount of liquidated damages owed.

---

[1] The Clerk of Court entered default against defendants on September 28, 2006 for failure to plead or otherwise defend pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. (See Doc. 6.)

2. On or before December 1, 2006, plaintiffs shall file supplemental documentation providing calculations for the total amount of interest owed based upon a rate of 1% per month.

3. On or before December 8, 2006, defendants shall be permitted to file a response to plaintiffs' motion (Doc. 5) seeking judgment in the amount of $114,703.19.

4. On or before December 1, 2006, plaintiffs shall cause to be served upon defendants a copy of this order and file proof thereof with the court.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge