IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEYSTONE DISTRICT COUNCIL OF CARPENTERS PENSION FUND, et al.,** : <br> : <br> **Plaintiffs** : <br> **v.** : <br> : <br> **ANTHRACITE SKILLED TRADES and JOSEPH V. PIRO,** : <br> : <br> **Defendants** : | **CIVIL ACTION NO. 1:06-CV-1146** <br><br> **(Judge Conner)** |

## ORDER

AND NOW, this 8th day of December, 2006, upon consideration of plaintiffs' motion for default judgment (Doc. 5),[1] and of plaintiffs' supplemental affidavit which avers that defendants are indebted to plaintiffs in the amount of $60,325.14 (see Doc. 14 ¶ 11), and upon further consideration of the order of court dated November 21, 2006 (Doc. 12), permitting defendants to file a response to the instant motion by December 8, 2006, and it appearing that defendants have not filed a response to the instant motion as of the date of this order, see L.R. 7.6, and the court finding that the requested attorneys' fees and costs are reasonable (see Doc. 10 ¶¶ 6-7), and that plaintiffs have calculated the penalties, interest, and liquidated damages requested appropriately (see Doc. 10 ¶¶ 10-12; Doc. 14 ¶¶ 6-9), it is hereby ORDERED that:

---

[1] The Clerk of Court entered default against defendants on September 28, 2006 for failure to plead or otherwise defend pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. (See Doc. 6.)

1. Judgment is entered in favor of plaintiffs and against defendants in the amount of $60,325.14, consisting of:

    a. $39,715.35 in contributions owed to the Health & Welfare, Pension, and Deferred Savings funds,

    b. $5,967.35 in penalties owed to the Health & Welfare and Pension funds,

    c. $3,268.87 in interest owed to the Health & Welfare and Pension funds,

    d. $7,926.07 in liquidated damages owed to the Health & Welfare and Pension funds,

    e. $3,097.50 in reasonable attorney's fees, and

    f. $350.00 in reasonable costs.

2. The Clerk of Court is directed to CLOSE this case.


   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge